UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS INGRAM, INDIVIDUALLY,<br><br>Plaintiff(s), vs.<br><br><br>RMC HOLDINGS & INVESTMENTS, LLC,<br><br>Defendant(s). | CIVIL ACTION FILE NO.<br><br>1:22-cv-03119-RDC |

### J U D G M E N T

This action having come before the court, Honorable Regina D Cannon, United States Magistrate Judge, for consideration, it is

**Ordered and adjudged** that this action be DISMISSED for failure to prosecute pursuant to Local Rule 41.3(A)(2).

Dated at Atlanta, Georgia this 12th day of April, 2023.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                        By:  s/J. Arnold
                              Deputy Clerk

Prepared, filed, and
entered in the Clerk's Office
April 12, 2023
Kevin P. Weimer
Clerk of Court

By:   s/J. Arnold
       Deputy Clerk